1  MICHELLE D. SPENCER, CBN 164696
   Law Office of Michelle D. Spencer
2  55 River Street, Suite 100
   Santa Cruz, CA 95060
3  Tel: 831.458.0502
   Fax:831.515.5053
4

5  Attorney for Linda Mai

6

7              IN THE UNITED STATES DISTRICT COURT

8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN JOSE DIVISION
10

11

12 UNITED STATES OF AMERICA,           ) Case No. CR11-00589-RMW
                    Plaintiff,         )
13                                     )
                                       )
14                                     ) **STIPULATION AND**
                                       ) **[] ORDER CONTINUING**
15                                     ) **STATUS CONFERENCE AND**
   V.                                  ) **EXCLUDING TIME FROM**
16                                     ) **SEPTEMBER 10, 2012 TO**
                                       ) **OCTOBER ; , 2012**
17                                     )
   LINDA CHEN MAI and                  )
18 JENNY G. MA,                        )
                                       )
19                                     )
                    Defendants.        )
20 _____    )

21
        Plaintiff United States of America, by and through their counsel Assistant United States
22
   Attorney, Gary Fry,  defendant Linda Mai, by and through her attorney Michelle D. Spencer, and
23
   defendant Jenny Ma, by and through her attorney, Jerry Fong, hereby stipulate and agree that, subject
24
   to the Court's approval, that the status conference currently scheduled for September 10, 2012 should
25
   be continued to October ; , 2012.
26


   Linda Mai/Jenny Ma-[] Order Excluding Time        - 1 -

1  The parties further stipulate that time should be excluded under the Speedy Trial Act from

2  September 10, 2012 through October ; , 2012.  The parties are in the midst of resolving the case.  The

3  government requires additional time to complete the plea agreements.   Further, government counsel

4  will be on medical leave for two and a half weeks.  Accordingly, the parties stipulate to an exclusion

5  of time based upon the need for continuity of government counsel.

6

7  IT IS SO STIPULATED.

8                                                                            MELINDA HAAG
                                                                              United States Attorney
9

10 Date: September 6, 2012                                      /S/_____
                                                                              GARY FRY
11                                                                            Assistant United States Attorney

12 Date: September 6, 2012                                      /S/_____
                                                                              JERRY FONG
13                                                                            Attorney for Jenny Ma

14
   Date: September 6, 2012                                    _____/S/_____
15                                                                            MICHELLE D. SPENCER
                                                                              Attorney for Linda Mai
16

17

18
                                                **[] ORDER**
19
       Based upon the foregoing stipulation of the parties, and good cause appearing therefor, the
20
   Court finds that failing to exclude the time from September 10, 2012 through October ; , 2012 would
21
   unreasonably deny the government continuity of counsel and the reasonable time necessary for
22
   effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. §
23
   3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from
24
   September 10, 2012 through October ; , 2012 from computation under the Speedy Trial Act outweigh
25
   the best interests of the public and the defendant in a speedy trial.
26
       Therefore, IT IS HEREBY ORDERED that the time from September 10, 2012 through and

Linda Mai/Jenny Ma-[] Order Excluding Time            - 2 -

1  including October ; , 2012 shall be excluded from computation under the Speedy Trial Act, and the
2  case is calendared for October ; , 2012 at 9:00 a.m. for a status conference.
3
4  Date: _____     *Ronald M. Whyte*
                               _____
                               HON. RONALD M. WHYTE
5                              Senior United States District Judge

Linda Mai/Jenny Ma-[] Order Excluding Time          - 3 -