1   MICHELLE D. SPENCER, CBN 164696
    LAW OFFICE OF MICHELLE D. SPENCER
2   55 River Street, Suite 100
    Santa Cruz, CA 95060
3   Tel:  831 458 0502
    Fax: 831 515 5053
4

5   Attorney for Linda Mai

6

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11                        SAN JOSE DIVISION

12

13   UNITED STATES OF AMERICA,              CASE NO:  CR11-00589- RMW

14                    Plaintiff,

15   v.

16                                          STIPULATION AND [] ORDER
                                            CONTINUING STATUS CONFERENCE TO
17   LINDA CHEN MAI and JENNY G.            APRIL 15, 2013 AND EXCLUDING TIME
     MA,                                    UNDER THE SPEEDY TRIAL ACT
18

19                    Defendants.

20

21

22       The parties, by and through their respective counsel, hereby stipulate, subject to the

23   Court's approval, that the status conference currently scheduled for March 18, 2013 be

24   continued to April 15, 2013 at 9:00 a.m. for further status.

25       The parties further stipulate that time should be excluded under the Speedy Trial Act

26   from March 18, 2013 through April 15, 2013.  The parties are in the midst of resolving the

27   case.  Due to government counsel's schedule and caseload, the parties stipulate to an

28   exclusion of time based upon the need for continuity of government counsel.

                                       - 1 -

Stipulation and [] Order Continuing Status Hearing

IT IS SO STIPULATED.

Dated: March 11, 2013                         MELINDA HAAG
                                              United States Attorney


                                              _____/S/_____
                                              GARY FRY
                                              Assistant United States Attorney



Dated: March 11, 2013                         _____/S/_____
                                              JERRY FONG
                                              Counsel for Jenny Ma

Dated: March 11, 2013
                                              _____/S/_____
                                              MICHELLE D. SPENCER
                                              Counsel for Linda Mai


                                [] ORDER

     GOOD CAUSE APPEARING, and upon the stipulation of the parties,

     IT IS HEREY ORDERED that the status conference currently scheduled for both

defendants on March 18, 2013 shall be continued to April 15, 2013, at 9:00 a.m. for further

status.

     FURTHER, the Court finds that failing to exclude the time between March 18, 2013

and April 15, 2013, would unreasonably deny the  government continuity of counsel pursuant

to 18 U.S.C. § 3161(h)(7)(B)(iv).  The ends of justice served by excluding the time between

March 18, 2013 and April 15, 2013, from computation under the Speedy Trial Act outweigh

the interests of the public and the defendant in a speedy trial.

Stipulation and [] Order Continuing Status Hearing

1    IT IS FURTHER ORDERED that the time between March 18, 2013 and April 15,

2    2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

3    3161(h)(7)(A), and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

4    IT IS SO ORDERED.

5    Dated:_____

6    THE HONORABLE RONALD M. WHYTE
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

Stipulation and [] Order Continuing Status Hearing