MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel:  831 458 0502
Fax: 831 515 5053

Attorney for Linda Mai

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINDA CHEN MAI,<br><br>Defendant. | CASE NO:  CR11-00589- RMW<br><br>STIPULATION AND [] ORDER CONTINUING STATUS CONFERENCE TO OCTOBER 7, 2013 AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |

The parties, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the status conference currently scheduled for September 9, 2013 is hereby continued to October 7, 2013 at 9:00 a.m. Defense counsel requires additional time to complete its investigation.

The parties further stipulate that time should be excluded under the Speedy Trial Act from September 9 through and including October 7, 2013 based upon the need for effective preparation.

- 1 -

Stipulation and [] Order Continuing Status Conf and Excluding Time

IT IS SO STIPULATED.

Dated:  September 4, 2013                    MELINDA HAAG
                                             United States Attorney

                                             _____/S/_____
                                             GARY FRY
                                             Assistant United States Attorney

Dated:  September 4, 2013

                                             _____/S/_____
                                             MICHELLE D. SPENCER
                                             Counsel for Linda Mai

## [] ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

FURTHER, the Court finds that failing to exclude the time between September 9, 2013 and October 7, 2013, would unreasonably deny the defense effective preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The ends of justice served by excluding the time between September 9, 2013 and October 7, 2013, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

IT IS FURTHER ORDERED that the time between September 9, 2013 and October 7, 2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:_____                        _____
                                             THE HONORABLE RONALD M. WHYTE
                                             Senior United States District Judge

- 2 -

Stipulation and [] Order Continuing Status Conf and Excluding Time