1  MICHELLE D. SPENCER, CBN 164696
2  LAW OFFICE OF MICHELLE D. SPENCER
   55 River Street, Suite 100
3  Santa Cruz, CA 95060
   Tel:  831 458 0502
4  Fax: 831 515 5053

5  Attorney for Linda Mai

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO:  CR11-00589- RMW |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [] ORDER CONTINUING STATUS CONFERENCE TO OCTOBER 21, 2013 AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |
| LINDA CHEN MAI, | |
| Defendant. | |

The parties, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the status conference currently scheduled for October 7, 2013 is hereby continued to October 21, 2013 at 9:00 a.m. Defense counsel requires additional time to complete its investigation.

The parties further stipulate that time should be excluded under the Speedy Trial Act from October 7 through and including October 21, 2013 based upon the need for effective preparation.

- 1 -

Stipulation and [] Order Continuing Status Conf and Excluding Time

IT IS SO STIPULATED.

Dated: October 2, 2013					MELINDA HAAG
							United States Attorney

							_____/S/_____
							GARY FRY
							Assistant United States Attorney

Dated: October 2, 2013

							_____/S/_____
							MICHELLE D. SPENCER
							Counsel for Linda Mai

[] ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

FURTHER, the Court finds that failing to exclude the time between October 7, 2013 and October 21, 2013, would unreasonably deny the defense effective preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by excluding the time between October 7, 2013 and October 21, 2013, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

IT IS FURTHER ORDERED that the time between October 7, 2013 and October 21, 2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:_____				_____
							THE HONORABLE RONALD M. WHYTE
							Senior United States District Judge

- 2 -

Stipulation and [] Order Continuing Status Conf and Excluding Time